HOLLENBAUGH *v.* THE STATE on the relation of the TOWN OF PRINCETON.—Two Cases.

Wednesday,
February 16,
1859.

APPEAL from the *Gibson* Court of Common Pleas.

*Per Curiam.*—This prosecution was instituted under an ordinance declaring the sale of intoxicating liquors, beer, &c., to be a nuisance, forbidding such sale, and prescribing

punishment therefor.  The defendant was fined the amount fixed in the ordinance.

The validity of the ordinance is questioned.

Following the case of *Beebe v. The State*, 6 Ind. R. 501, we think this question has been already settled.

The judgment is reversed.   Cause remanded, &c.

*S. Judah*, for the appellant.